IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK SCOTT RICE, | ) | 8:10CV114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SODEXHO MANAGEMENT, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Dismiss, which the court liberally construes as a Motion for Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41. (Filing No. 6.) In his Motion, Plaintiff states that he is "requesting a motion to dismiss due to the fact [he] can not obtain legal representation." (*Id.*) Defendant has not yet been served with summons, and the court finds that voluntary dismissal is warranted under the circumstances.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion to Withdraw and Dismiss Case, construed as a Motion for Voluntary Dismissal, (filing no. 6) is granted. Plaintiff's claims are dismissed without prejudice.

2.  A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 20th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge